UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKY L. LEWIS,<br><br>           Plaintiff,<br><br>   v.<br><br>SPECIAL COMMITMENT CENTER, DAVID FLYNN, KRYSTAL DYKSTRA, BYRON EAGLE,<br><br>           Defendants. | CASE NO. C19-5759 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 25. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' motion for summary judgment is **GRANTED**;

(3) Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal; and

(4) The Clerk shall enter JUDGMENT and close this case.

Dated this 30th day of November, 2020.

                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER